**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Eastern District of Kentucky

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | American Transport, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | American Transport Limited Liability Company | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 0 7 8 9 0 9 7 | |
| **4. Debtor's address** | **Principal place of business** 123 Augusta Dr Number / Street Winchester, KY 40391 City / State / ZIP Code Clark County | **Mailing address, if different from principal place of business** Number / Street City / State / ZIP Code **Location of principal assets, if different from principal place of business** Number / Street City / State / ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor __American Transport, LLC_____ Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
  __4__ __8__ __4__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
            District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
           District _____ When _____
                                                         MM / DD / YYYY
           Case number, if known _____

Debtor __American Transport, LLC_____  Case number *(if known)*_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>            Number     Street<br>_____<br>_____<br>City                State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000   ☐ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor  American Transport, LLC                    Case number *(if known)* _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2023
            MM/ DD/ YYYY

X  /s/ Joshua Bailey                                           Joshua Bailey
Signature of authorized representative of debtor               Printed name

Title  Member

**18. Signature of attorney**

X  /s/ Noah Friend                                   Date  09/07/2023
Signature of attorney for debtor                           MM/ DD/ YYYY

Noah Friend
Printed name

Noah R Friend Law Firm
Firm name

PO Box 341
Number    Street

Versailles                                           KY         40383
City                                                 State      ZIP Code

(606) 369-7030                                       noah@friendlawfirm.com
Contact phone                                        Email address

92209                                                KY
Bar number                                           State

Fill in this information to identify the case:

Debtor name: American Transport, LLC

United States Bankruptcy Court for the: Eastern District of Kentucky

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | B2B Financing LLC<br>100 Quentin Roosevelt Blvd<br>Garden City, NY 11530 | | | | | | $20,000.00 |
| 2 | Central Bank & Trust<br>300 West Vine Street<br>Lexington, KY 40507 | | Overdraft Bank Account | | | | $13,000.00 |
| 3 | Certified Laboratories<br>PO Box 152170<br>Irving, TX 75015 | | | | | | $3,000.00 |
| 4 | Dewey Benton Barrett<br>745 Logan Lick Rd<br>Winchester, KY 40391 | | | | | | $1,296.72 |
| 5 | Donte Ratchford<br>175 N Locust Hill Dr<br>Lexington, KY 40509 | | | | | | $1,336.72 |
| 6 | Drake Johnson<br>2362 Pierson Dr<br>Lexington, KY 40505 | | | | | | $1,251.86 |
| 7 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | | | | | $90,000.00 |
| 8 | Kentucky Department of Revenue<br>Legal Support Branch - Bankruptcy<br>PO Box 5222<br>Frankfort, KY 40602 | | | | | | $30,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 1

Debtor    American Transport, LLC    Case number *(if known)*
              Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lendr Online<br>670 N Clark St Fl 2<br>Chicago, IL 60654 | | | | | | $70,000.00 |
| 10 | Mack Financial Services<br>PO Box 7247-0236<br>Philadelphia, PA 19170-0236 | | | | | | $277,000.00 |
| 11 | Pilot Travel Centers LLC<br>5508 Lonas Drive<br>Knoxville, TN 37909 | | | | | | $9,100.00 |
| 12 | Progressive Commercial Insurance<br>300 N Commons Blvd<br>Cleveland, OH 44143 | | Insurance Premiums | | | | $30,000.00 |
| 13 | Worldwide Equipment<br>107 WE Drive<br>Prestonsburg, KY 41653 | | | | | | $38,000.00 |
| 14 | Zeigler Tire<br>960 Nandino Blvd<br>Lexington, KY 40511 | | Fuel | | | | $7,500.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
Eastern District of Kentucky

**In re**  American Transport, LLC

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. $300.00/hour

   Prior to the filing of this statement I have received ..................................................................... $4,000.00

   Balance Due ................................................................................................................................. $0.00

2. The source of the compensation paid to me was:

   ☒ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/07/2023 | /s/ Noah Friend |
|---|---|
| *Date* | Noah Friend |
| | *Signature of Attorney* |

Bar Number: 92209
Noah R Friend Law Firm
PO Box 341
Versailles, KY 40383
Phone: (606) 369-7030

Noah R Friend Law Firm
*Name of law firm*

B2B Financing LLC
100 Quentin Roosevelt Blvd
Garden City, NY 11530

Central Bank & Trust
300 West Vine Street
Lexington, KY 40507

Certified Laboratories
PO Box 152170
Irving, TX 75015

Dewey Benton Barrett
745 Logan Lick Rd
Winchester, KY 40391

Donte Ratchford
175 N Locust Hill Dr
Lexington, KY 40509

Drake Johnson
2362 Pierson Dr
Lexington, KY 40505

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
PO Box 5222
Frankfort, KY 40602

Case 23-51045-tnw    Doc 1    Filed 09/08/23    Entered 09/08/23 14:44:16    Desc Main
Document      Page 9 of 12

Lendr Online
670 N Clark St Fl 2
Chicago, IL 60654


Mack Financial Services
PO Box 7247-0236
Philadelphia, PA 19170-0236


Mack Financial Services
8003 Piedmont Triad Pkwy
Greensboro, NC 27409


Ohio Transport Corporation
5593 Hamilton-Middletown Rd
Middletown, OH 45044


Pilot Travel Centers LLC
5508 Lonas Drive
Knoxville, TN 37909


Progressive Commercial Insurance
300 N Commons Blvd
Cleveland, OH 44143


Revenued
525 Washington Blvd Suite 2200
Jersey City, NJ 07310


Volvo Financial Services US
PO Box 26131
Greensboro, NC 27402

Worldwide Equipment
107 WE Drive
Prestonsburg, KY 41653

Zeigler Tire
960 Nandino Blvd
Lexington, KY 40511

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE: **American Transport, LLC**　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies, under penalty of perjury, that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　09/07/2023　　　Signature 　　　　　　　　　　　　/s/ Joshua Bailey　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Joshua Bailey, Member